USDC IN/ND case 2:21-cv-00073-JEM document 5 filed 01/27/21 page 1 of 3

45D01-2101-CT-000113
Filed: 1/27/2021 12:24 PM
Clerk
Lake Superior Court, Civil Division 1
Lake County, Indiana

| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN _____, INDIANA |

```
NATALIE J. BROWN and          )
MARY E. ANSTRAND,             )
                              )
       Plaintiff,             )
                              )
    -vs-                      ) CAUSE NO.:
                              )
HORSESHOE HAMMOND LLC and     )
NEW HORSESHOE HAMMOND         )
LLC,                          )
                              )
       Defendants.            )
```

## COMPLAINT FOR DAMAGES AND JURY DEMAND

**COME NOW** Plaintiffs, Natalie J. Brown and Mary E. Anstrand, by counsel, Terrence M. Rubino of Rubino, Ruman, Crosmer & Polen, LLC, and for their cause of action against Defendants, Horseshoe Hammond, LLC and New Horseshoe Hammond, LLC, states as follows:

1. On or about May 4, 2019, Plaintiff, Natalie J. Brown, was operating her motor vehicle north bound in the northbound lanes of I-294 near mile marker 3.75 in Thornton Township in Cook County, Illinois.

2. On or about May 4, 2019, Plaintiff, Mary E. Anstrand, was a passenger in the vehicle being operated by Plaintiff, Natalie J. Brown, in the northbound lanes of northbound I-294 near mile marker 3.75 in Thornton Township in Cook County, Illinois.

3. On or about May 4, 2019, one Herman M. Smith was operating a motor vehicle south bound in the north bound lanes of I-294 near mile marker 3.75 in Thornton Township in Cook County, Illinois.

4. At and on the afore-mentioned place and date, Herman M. Smith caused his

vehicle to collide with the vehicle operated by Plaintiff, Natalie J. Brown.

5. Plaintiffs were injured and damaged as a result of the afore-mentioned collision.

6. Within twenty-four (24) hours prior to the afore-mentioned collision, Herman M. Smith was a patron and customer at the Defendants' business establishment, a casino, located in Hammond, Indiana and known colloquially as "Horseshoe Casino".

7. During his patronship at Defendants' establishment, Horseshoe Casino, Herman M. Smith was served alcoholic beverages while he was visibly intoxicated by employees and/or agents of Defendants.

8. Defendants, through their employees and/or agents continued to serve alcoholic beverages to Herman M. Smith while he was visibly intoxicated and/or when they knew or should have known he was intoxicated.

9. Defendants' afore-mentioned actions were negligent, reckless, and/or willful and wanton.

10. As a direct and proximate result of Defendant's negligence, recklessness, and/or willful and wanton acts and/or omissions, Plaintiffs were injured and damaged in the collision with Herman M. Smith.

**WHEREFORE**, Plaintiffs prays for judgment against Defendants in an amount which will reasonably compensate them, plus costs, including attorney's fees for any frivolously asserted affirmative defenses, punitive damages, prejudgment interest and any other proper relief.

/s/ Terrence M. Rubino
TERRENCE M. RUBINO, #6220-45

Rubino, Ruman, Crosmer & Polen
Attorney for Plaintiffs

## JURY DEMAND

Plaintiffs, by counsel, demands trial by jury.

Respectfully submitted,

*/s/ Terrence M. Rubino*
TERRENCE M. RUBINO, #6220-45
Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
trubino@rubinoruman.com
Attorney for Plaintiffs