UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| NATALIE BROWN and MARY E. ANSTRAND,<br>   Plaintiffs,<br><br>   v.<br><br>HORSESHOE HAMMOND LLC and<br>NEW HORSESHOE HAMMOND LLC,<br>   Defendants. | CAUSE NO.: 2:21-CV-73-JEM |

**ORDER**

This matter is before the Court on a Stipulation of Dismissal [DE 20], filed by the parties on February 10, 2022.

A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 11th day of February, 2022.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record